IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Allison, Alicia J

Printed: 12/13/07

Case Number: 07 B 03757
Judge: Wedoff, Eugene R
Filed: 3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 25, 2007
Confirmed: August 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,315.00 |  |
| Secured: |  | 1,207.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,928.47 |
| Trustee Fee: |  | 179.03 |
| Other Funds: |  | 0.00 |
| Totals: | 3,315.00 | 3,315.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,500.00 | 1,928.47 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 5. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 6. | DaimlerChrysler Servs North America | Secured | 5,446.50 | 1,207.50 |
| 7. | Beneficial Illinois Inc | Secured | 2,699.44 | 0.00 |
| 8. | Countrywide Home Loans Inc. | Secured | 21,909.37 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 355.98 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 9,265.93 | 0.00 |
| 11. | Dell Financial Services, Inc | Unsecured | 1,234.75 | 0.00 |
| 12. | Devon Bank | Unsecured | 689.86 | 0.00 |
| 13. | Capital One | Unsecured | 398.57 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 4,040.33 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 649.53 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 1,998.52 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 651.70 | 0.00 |
| 18. | American General Finance | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 21. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 22. | American General Finance | Unsecured | | No Claim Filed |
| 23. | Hrs Usa | Unsecured | | No Claim Filed |
| 24. | Credit Management Service | Unsecured | | No Claim Filed |
| 25. | Lou Harris | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Allison, Alicia J

Printed:  12/13/07

Case Number:  07 B 03757
Judge:  Wedoff, Eugene R
Filed:  3/2/07

|  |  |
|---:|---:|
| _____ | _____ |
| $ 51,840.48 | $ 3,135.97 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 179.03 |
|  | _____ |
|  | $ 179.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_____